IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:23-CR-00199 |
|---|---|---|
| v. | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| MALACHI SAYADH ANTHONY | ) | CORPUS AD PROSEQUENDUM |
| PID #: 0000465480 | ) | |
| JID#: 23-042138 | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King United States Attorney for the Western District of North Carolina and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Malachi Sayahd Anthony, Black Male, DOB: 10/18/2000, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Mecklenburg County Jail under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 25th day of September, 2023.

Dena J. King
UNITED STATES ATTORNEY

/s/ Thomas M. Kent
ASSISTANT UNITED STATES ATTORNEY
New York State Bar No. 2966364
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 227-0814
Email: Thomas.Kent@usdoj.gov