IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00199-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MALACHI SAYADH ANTHONY | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's Redaction Request, pursuant to Fed. R. Crim. P. 49.1. (Doc. No. 26), to which the government has not objected.

Unless a court orders otherwise, filings that contain personal data indentifiers may only include portions of such information as detailed in Rule 49.1(a). Here, the defendant has specified the page and line of information suggested for redaction which generally falls into the categories of his home address, another residential address, and the name of the person driving the vehicle in which the defendant was a passenger.

In the circumstances of this case, the proximity of locations where alleged criminal activity and investigation occurred is relevant to the issues presented. Accordingly, the Court will order the redaction of house numbers, but not street names, in transcripts not filed under seal as sufficient to protect the privacy interests of the defendant and other individuals. There is no indication that the person driving the vehicle is a minor; therefore, redaction of his name is not required by Rule 49.1.

**IT IS, THEREFORE, ORDERED** that the defendant's Redaction Request, (Doc. No. 26), is **GRANTED in part**, and the Court Reporter shall:

1. Redact the house number of street addresses detailed in the Request; and

2. Submit the redacted transcript to the Clerk of Court for filing not under seal.

**IT IS FURTHER ORDERED** that the unredacted transcript, (Doc. No. 23), shall remain under seal pending further order of the Court.

The Clerk is directed to certify copies of this Order the defendant, the United States Attorney, and the Court Reporter.

Signed: March 19, 2024

Robert J. Conrad, Jr.
United States District Judge